JOHN M. GRIMES, Respondent, v. COURTLAND REY-
NOLDS, Administrator, Appellant.

| 94 | 589 |
| 176s | 129 |
| f176s | 131 |

**St. Louis Court of Appeals, May 13, 1902.**

The court follows the decision in Grimes v. Reynolds, 94 Mo. App. (St. L.)
576, and certifies the case to the Supreme Court for the reasons
stated in the opinon cited.

Appeal from Pike Circuit Court.—*Hon. David H. Eby,*
Judge.

TRANSFERRED TO SUPREME COURT.

*Pearson & Pearson* for appellant.

*Frank J. Duvall* and *J. D. Hostetter* for respondent.

BARCLAY, J.—This case in all essential particulars is
identical with another of the same title, submitted to the court
at the same time. But in this action the note given to plaintiff
John M. Grimes, by his wife, Nancy M. Grimes, and sought
to be established as a probate demand against her estate, was
for the sum of $660, with interest at six per cent per annum
from February 1, 1899, upon which the final judgment of al-
lowance in the circuit court in May, 1901, was for $717.16,
bearing interest at six per cent, to be compounded.

The plaintiff, in this case as in the other, prevailed in
the trial court and defendant appealed. There is nothing else
to distinguish this case from the other in which our views of the
law applicable to the facts of both cases have been given.

For the reasons and upon the facts stated in the opinion
of the St. Louis Court of Appeals in Grimes v. Reynolds, ad-

ministrator, 94 Mo. App. (St. L.) 576, the judgment in the case at bar is affirmed, with the concurrence of *Bland, P. J.,* and *Goode, J.,* but because all the members of this court deem our said decision contrary to the previous decision of the Kansas City Court of Appeals in Lindsay v. Archibald, 65 Mo. App. (K. C.) 117, it is ordered by this court (all the judges concurring) that this cause be certified and transferred to the Supreme Court in accordance with the terms of the Constitution of Missouri in such case made and provided.